[No. 39205-1-I.    Division One.    October 6, 1997.]

*In the Matter of the Estate of* CHARLES L. ARTHURS.

FRANKIE CANTRELL, ET AL., *Appellants,* v. RONALD LEE ADDINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-4-00661-7, David F. Hulbert, J., entered July 19, 1996. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Becker, J.

[No. 39663-3-I.    Division One.    October 6, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. TROY A. CENTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-02598-1, LeRoy McCullough, J., entered October 14, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39701-0-I.    Division One.    October 6, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. DANNY RAY DOKES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-03846-2, Marilyn R. Sellers, J., entered November 12, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39737-1-I.    Division One.    October 6, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. BASIL VERNE STUBBLEFIELD, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01843-7, Richard J. Thorpe, J., entered October 17, 1996. *Reversed* by unpublished per curiam opinion.